UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LESTER MACHADO, D.D.S., M.D., et al.,

NO. CIV. S-01-153 LKK/GGH

     Plaintiffs,

  v.                                O R D E R

KATHLEEN HAMILTON, in her official capacity as Director, California Department of Consumer Affairs, et al.,

     Defendants.
_____/

    On June 17, 2002, the matter was stayed pending a resolution of the state law issues. The Clerk is directed to administratively close the above-captioned matter. The parties are directed to inform the court as to the status of this matter.

    IT IS SO ORDERED.

    DATED: September 29, 2005

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT